FILED

2003 OCT 16  P 12: 43

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| P. Edgardo Tarrats,<br>Plaintiff, | Civ. No. 3:03CV00741(SRU) |
| v. | |
| Hector V. Barreto, Administrator,<br>U.S. Small Business Administration,<br>Defendant. | October 15, 2003 |

### PLAINTIFF'S FIRST MOTION FOR
### EXTENSION OF TIME
### TO DISCLOSE EXPERTS

Pursuant to L.Civ.R. 7(b), the plaintiff requests an extension of time for the parties to disclose expert witnesses. The parties have been engaged in serious settlement discussions during the month of September, 2003, and also are preparing for a settlement conference with Magistrate Garfinkel on November 4, 2003. The parties agreed to refrain from conducting discovery during this time of intense negotiations. However, pursuant to the current scheduling order entered in this matter, the plaintiff is scheduled to have to disclose his experts prior to the scheduled settlement conference. Therefore the plaintiff asks for a short extension of time in which to disclose experts, which will not impact the rest of the scheduling orders.

The plaintiff requests extensions as follows:

Current Deadline for plaintiff to disclose expert(s):  November 1, 2003
and to be deposed by:                                   December 31, 2003

Requested extension of time until:                      December 31, 2003
and to be deposed by:                                   January 31, 2004

Current Deadline for defendant to disclose expert(s):  January 31, 2004
and to be deposed by:                                   March 1, 2004

Requested extension of time until:                      February 15, 2004
and to be deposed by:                                   March 15, 2004

The extensions of time noted above will not impact the end date of discovery set in this matter. The plaintiff has contacted counsel for the defendant, Carolyn A. Ikari, Esq. who has no objection to the granting of this motion.

    Plaintiff,
    **P. EDGARDO TARRATS**

    By _Andrea A. Hewitt_
    Andrea A. Hewitt
    Fed. Bar No. ct07156
    John M. Wolfson
    Fed. Bar No. ct03538
    SANTIAGO LAW GROUP LLC
    One Constitution Plaza, Suite 900
    Hartford, CT 06103
    Tel. (860) 547-1331
    Fax (860) 713-8905
    *His Attorneys*

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, U.S. first class mail on this the 15th day of October, 2003, to all *pro se* parties and counsel of record as follows:

Carolyn A. Ikari
Asst. U.S. Attorney
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

                                                */s/ Andrea A. Hewitt*
                                                Andrea A. Hewitt, Esq.