FILED

2003 OCT 16 P 12: 43

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| P. Edgardo Tarrats,<br>　　Plaintiff, | Civ. No. 3:03CV00741(SRU) |
| v. | |
| Hector V. Barreto, Administrator,<br>U.S. Small Business Administration,<br>　　Defendant. | October 15, 2003 |

### PLAINTIFF'S FIRST MOTION FOR
### EXTENSION OF TIME
### TO DISCLOSE EXPERTS

Pursuant to L.Civ.R. 7(b), the plaintiff requests an extension of time for the parties to disclose expert witnesses. The parties have been engaged in serious settlement discussions during the month of September, 2003, and also are preparing for a settlement conference with Magistrate Garfinkel on November 4, 2003. The parties agreed to refrain from conducting discovery during this time of intense negotiations. However, pursuant to the current scheduling order entered in this matter, the plaintiff is scheduled to have to disclose his experts prior to the scheduled settlement conference. Therefore the plaintiff asks for a short extension of time in which to disclose experts, which will not impact the rest of the scheduling orders.

GRANTED; ABSENT OBJECTION.
SO ORDERED. __/s/__ Stefan R. Underhill, U.S.D.J.  10/20/03