UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 4, 2003

10:00 a.m.

*Held 4 hours*

3-03-cv-741   (SRU) Tarrats v Small Bus Admin
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Andrea A. Hewitt | Feiner Wolfson, One Constitution Plaza Suite 900, Hartford, CT 860-713-8900 |
| Carolyn Aiko Ikari | U.S. Attorney's Office, 450 Main St., Hartford, CT 860-947-1101 |
| John M. Wolfson | Feiner Wolfson, One Constitution Plaza Suite 900, Hartford, CT 860-713-8900 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK