UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| P. EDGARDO TARRATS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | Civ. No. 3:03CV00741 (SRU) |
| ) | |
| HECTOR V. BARRETO, ) | |
| Administrator, ) | |
| U.S. Small Business ) | |
| Administration, ) | |
| ) | |
|    Defendant. ) | DECEMBER ___, 2003 |

**<u>STIPULATION OF DISMISSAL</u>**

It is hereby stipulated that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

               Respectfully submitted,

               Plaintiff,
               P. EDGARDO TARRATS


               _____
               Andrea A. Hewitt, Fed. Bar No. ct07156
               John M. Wolfson, Fed. Bar No. ct03538
               SANTIAGO LAW GROUP LLC
               One Constitution Plaza
               Suite 900
               Hartford, CT 06103
               Tel. (860) 547-1331
               Fax  (860) 713-8905
               His Attorneys

        Defendant,
        HECTOR V. BARRETO, ADMINISTRATOR,
        U.S. SMALL BUSINESS ADMINISTRATION


        _____
        Carolyn A. Ikari
        Asst. U.S. Attorney
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel. (860) 947-1101
        Fed. Bar No. ct13437


## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing **STIPULATION OF DISMISSAL** has been mailed, postage prepaid, on this the ___ day of _____, 200___ via overnight delivery to:

Attorney Andrea A. Hewitt
SANTIAGO LAW GROUP LLC
One Constitution Plaza
Suite 900
Hartford, CT 06103

        _____
        CAROLYN A. IKARI
        ASSISTANT U.S. ATTORNEY