16

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 22 P 1:01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

P. EDGARDO TARRATS,           )
     Plaintiff,             )
                             )
     v.                      )  Civ. No. 3:03CV00741(SRU)
                             )
HECTOR V. BARRETO,            )
Administrator,                )
U.S. Small Business           )
Administration,               )
                             )
     Defendant.             )  March 19, 2004
                             )  ~~February 10,~~ 2004

## STIPULATION OF DISMISSAL

It is hereby stipulated that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

**FILED** 2004 MAR 24 A 9: [illegible] U.S. DISTRICT COURT BRIDGEPORT, CONN

Plaintiff,
P. EDGARDO TARRATS

Defendant,
HECTOR V. BARRETO,
ADMINISTRATOR, U.S. SMALL
BUSINESS ADMINISTRATION

_Andrea A. Hewitt_ (signature)
Andrea A. Hewitt
Fed. Bar No. ct07156
John M. Wolfson
Fed. Bar No. ct03538
SANTIAGO LAW GROUP LLC
One Constitution Plaza
Suite 900
Hartford, CT 06103
Tel. (860) 547-1331
Fax  (860) 713-8905
His Attorneys

_Carolyn A. Ikari_ (signature)
Carolyn A. Ikari
Asst. U.S. Attorney
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Fed. Bar No. ct13437

APPROVED. The case is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
03/23/04

- 1 -